FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re   Gary John Stoddard
Debtor(s)

Case No.
Chapter   13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Gary John Stoddard | S.S.#  xxx-xx-1321 |
| | (W) | S.S.# |
| ADDRESS: | 360 Pulliam Rd | |
| | Toone, TN 38381 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 155.00 | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | YES | OR ( ) DIRECT PAY |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | CCA of Tennessee, LLC | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | $   -NONE- |
| CHILD SUPPORT: | Future support through Plan to   TN Child Central Support | | $   paid outside |
| | Child support arrearage amount | | $ |
| PRIORITY CREDITORS: | -NONE- | | $   -NONE- |
| HOME MORTGAGE: -NONE- | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | |
| | Ongoing pmt. Begin  N/A | | $   N/A |
| | Approx. arrearage  N/A | Interest  N/A  % | $   N/A |

| SECURED CREDITORS;<br>(retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| HSBC/Suzuki | $   7,285.00 | 8.00  % | $   235.00 |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;
*HSBC/Suzuki;Best Buy/HSBC;Citifinancial;GE Capital/Walmart;HSBC/Kawasaki;
*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $9,587.00

TERMINATION:    Plan shall terminate upon payment of the above, approximately 36 months.

OTHER PROVISIONS:
Payroll Deduction:
CCA of Tennessee, LLC
10 Burton Hills Blvd
Nashville, TN 37215

Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: HSBC/Suzuki  $59.00
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    Robert B. Vandiver, Jr.
Robert B.Vandiver, Jr.
P.O.Box 906
227 W. Baltimore
Jackson, TN 38302-0906
731-554-1313